```
                         United States Bankruptcy Court
                          Eastern District of Arkansas
In re:                                                       Case No. 12-14243-rdt
Robert L Scudder                                             Chapter 13
Ocia D Scudder
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0860-5          User: ruby              Page 1 of 2          Date Rcvd: Jul 23, 2012
                              Form ID: b9i            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2012.
db/jdb       +Robert L Scudder,    Ocia D Scudder,    8728 Willow Street,    Benton, AR 72015-7643
4978307      +Arkansas Spine Care,    316 West 6th Suite A,    Pine Bluff, AR 71601-4217
4978308      +Arkansas Surgical Hospital,    5201 Northshore Drive,    North Little Rock, AR 72118-5312
4978309      +Arkansas Urology P A,    P O Box 51391,    Lafayette, LA 70505-1391
4978311      +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
4978312      +Drs. Kumpuris & Davis, PA,    417 North University Avenue,    Little Rock, AR 72205-3192
4978313       Endoscopy Center of AR,    316 West 6th Street, Suite A,    Pine Bluff, AR 71601-4217
4978316      +Neurological Surgery Assoc. PA,    10800 Financial Center Pkwy,    Ste 100,
               Little Rock, AR 72211-3512
4978317      +PCS-Anesthesiology Services,    P.O. Box 1187,    Little Rock, AR 72203-1187
4978318     #+Pinnacle Anesthesia Consultant,    4 Shackleford Plaza Ste 212,    Little Rock, AR 72211-1844
4978319      +Radiology Associates,    500 S University, Ste 500,    Little Rock, AR 72205-5307
4978321      +Saline Memorial Hospital,    1 Medical Park Drive,    Benton, AR 72015-3354
4978322     #+Saline Orthopedic Group,    Drs. Lorio and Cash,    105 McNeil Street,    Benton, AR 72015-3345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: rustysparkslaw@gmail.com Jul 23 2012 23:47:53      O. C. Rusty Sparks,
               CLARK, BYARLAY & SPARKS,    620 West 3rd Street, Ste. 100,    Little Rock, AR  72201
tr            E-mail/Text: NOTICING@ARK13.COM Jul 23 2012 23:55:41      Jack W. Gooding,
               Chapter 13 Standing Trustee,    P.O. Box 8202,    Little Rock, AR  72221-8202
ust          +E-mail/Text: USTPRegion13.LR.ECF@usdoj.gov Jul 23 2012 23:51:57      U.S. Trustee (ust),
               Office Of U. S. Trustee,    200 W Capitol, Ste. 1200,    Little Rock, AR 72201-3618
4978310      +EDI: CITICORP.COM Jul 23 2012 23:43:00      AT&T,    PO Box 6408,    The Lakes, NV 88901-6408
4978314       EDI: IRS.COM Jul 23 2012 23:43:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
4978320      +E-mail/Text: BANKRUPTCY@SAGETELECOM.NET Jul 23 2012 23:53:36      Sage Telcom,
               805 Central Express Suit 100,    Allen, TX 75013-8010
4978323      +EDI: AFNIVZWIRE.COM Jul 23 2012 23:43:00      Verizon Wireless,    PO Box 105378,
               Atlanta, GA 30348-5378
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4978315     ##+Malco Motors,    19711 Interstate 30,    Benton, AR 72015-8024
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2012**          **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0860-5          User: ruby              Page 2 of 2              Date Rcvd: Jul 23, 2012
                              Form ID: b9i            Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2012 at the address(es) listed below:
              Jack W. Gooding    noticing@ark13.com
              O. C. Rusty Sparks    on behalf of Debtor Robert Scudder rustysparkslaw@gmail.com,
               cbscourtnotices@gmail.com;tonicyr@gmail.com;pspinner@live.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                              TOTAL: 3
```

**B9I (Official Form 9I)** (Chapter 13 Case) (12/11)            Case Number **5:12−bk−14243**

UNITED STATES BANKRUPTCY COURT Eastern District of Arkansas

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/20/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert L Scudder<br>8728 Willow Street<br>Benton, AR 72015 | Ocia D Scudder<br>8728 Willow Street<br>Benton, AR 72015 |
| Case Number:<br>5:12−bk−14243<br>Judge: Richard D. Taylor | Social Security or Individual Taxpayer−ID (ITIN) No(s)./Complete EIN:<br>xxx−xx−3609<br>xxx−xx−3236 |
| Attorney for Debtor(s) (name and address):<br>O. C. Rusty Sparks<br>CLARK, BYARLAY & SPARKS<br>620 West 3rd Street, Ste. 100<br>Little Rock, AR 72201<br>Telephone number: (501)376−0550, ext. 112 | Bankruptcy Trustee (name and address):<br>Jack W. Gooding<br>Chapter 13 Standing Trustee<br>P.O. Box 8202<br>Little Rock, AR 72221−8202<br>Telephone number: 501−537−4400 |

## Meeting of Creditors

Important notice to individual debtors: Debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.

Date: **8/24/12**            Time: **08:30 AM**

Location: **U.S. Post Office and Courthouse, 100 E. 8th Street, Room 3611, Pine Bluff, AR 71601**

## Deadlines:

Pleadings must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **11/23/12**      Government claims are due 180 days from case filing date.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/23/12**

### Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan

Objections to confirmation must be filed with the Court and served on the Trustee and Debtor on or before the fourteenth (14th) day after the meeting of creditors is concluded. If no objection is timely filed, the plan will be confirmed pursuant to Federal Rule of Bankruptcy Procedure 3015. If objections are timely filed, a hearing on confirmation will be set by subsequent notice.

### Chapter 13 Plan

A copy of the Chapter 13 Plan may be viewed on the U.S. Bankruptcy Court's ECF system at: www.arb.uscourts.gov or you may contact your attorney for additional information.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>300 W. 2nd Street<br>Little Rock, AR 72201<br>Telephone: 501−918−5500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jean Rolfs |
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: 7/23/12 |

## EXPLANATIONS   B9I (Official Form 9I) (12/11)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you may file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any documents that you file in this bankruptcy case should be filed using the court's Electronic Case Filing (ECF) system or at the bankruptcy clerk's office at the Bankruptcy Court address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, on the court's ECF system or at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−